# SEALED
## BY ORDER OF THE COURT

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LARRY L. BUTRICK  #3910
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: larry.butrick@usadoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 4 2004

at 11 o'clock and 5 min M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. _CR04-00238_ HG |
| Plaintiff, | ) INDICTMENT |
| vs. | ) [18 U.S.C. §§ 641 and 2] |
| JAMES J. CARREIRA, aka "Bob Marley", | ) |
| Defendant. | ) |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

By_____
                    Deputy

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about the 10th day of December, 2002, in the

District of Hawaii, the defendant, JAMES J. CARREIRA, aka "Bob

Marley", did willfully and knowingly and without authority, sell,

convey and dispose of a thing of value, the property of the

United States Navy, to wit:  copper, nickel, and monel metals

with a value of approximately $75.50.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 2

The Grand Jury further charges that:

On or about the 12th day of December, 2002, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  monel metal with a value of approximately $37.80.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 3

The Grand Jury further charges that:

On or about the 24th day of December, 2002, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  monel, aluminum, and brass metals with a value of approximately $141.50.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 4

The Grand Jury further charges that:

2

On or about the 28th day of December, 2002, in the
District of Hawaii, the defendant, James J. Carreira, aka "Bob
Marley", did willfully and knowingly and without authority, sell,
convey and dispose of a thing of value, the property of the
United States Navy, to wit:  copper, aluminum, and brass metals
with a value of approximately $54.00.

All in violation of Title 18, United States Code,
Sections 641 and 2.

### COUNT 5

The Grand Jury further charges that:

On or about the 7th day of January, 2003, in the
District of Hawaii, the defendant, James J. Carreira, aka "Bob
Marley", did willfully and knowingly and without authority, sell,
convey and dispose of a thing of value, the property of the
United States Navy, to wit:  aluminum and scrap metal with a
value of approximately $45.70.

All in violation of Title 18, United States Code,
Sections 641 and 2.

### COUNT 6

The Grand Jury further charges that:

On or about the 13th day of January, 2003, in the
District of Hawaii, the defendant, James J. Carreira, aka "Bob
Marley", did willfully and knowingly and without authority, sell,
convey and dispose of a thing of value, the property of the

United States Navy, to wit:  aluminum, brass and scrap metals with a value of approximately $33.80.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 7

The Grand Jury further charges that:

On or about the 17th day of January, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  monel, brass and, scrap metals with a value of approximately $86.90.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 8

The Grand Jury further charges that:

On or about the 22nd day of January, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  scrap metal with a value of approximately $105.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 9

The Grand Jury further charges that:

On or about the 30th day of January, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  aluminum, brass, and scrap metals with a value of approximately $83.78.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 10

The Grand Jury further charges that:

On or about the 6th day of February, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit: a titanium head seal and retainer, pipe, tubes, hex head bolts and scrap metals with a value in excess of $1,000.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 11

The Grand Jury further charges that:

On or about the 11th day of February, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  a valve for United States Navy ship Houston, with a value in excess of $1,000.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

### COUNT 12

The Grand Jury further charges that:

On or about the 14th day of February, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  brass metal with a value of approximately $70.20.

All in violation of Title 18, United States Code, Sections 641 and 2.

### COUNT 13

The Grand Jury further charges that:

On or about the 19th day of February, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the

United States Navy, to wit:  brass, bronze, and scrap metals with a value of approximately $65.45.

All in violation of Title 18, United States Code, Sections 641 and 2.

### COUNT 14

The Grand Jury further charges that:

On or about the 21st day of February, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  monel and brass metals with a value of approximately $86.50.

All in violation of Title 18, United States Code, Sections 641 and 2.

### COUNT 15

The Grand Jury further charges that:

On or about the 1st day of March, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  monel, brass, and scrap metals with a value of approximately $58.75.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 16

The Grand Jury further charges that:

On or about the 1st day of March, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  monel and scrap metals with a value of approximately $80.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 17

The Grand Jury further charges that:

On or about the 7th day of March, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  copper metal with a value of approximately $100.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 18

The Grand Jury further charges that:

On or about the 9th day of March, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley",

8

did willfully and knowingly and without authority, sell, convey
and dispose of a thing of value, the property of the United
States Navy, to wit: two (2) in-line stop check valves, brass and
scrap metals with a value in excess of $1,000.00.

In violation of Title 18, United States Code, Sections
641 and 2.

### COUNT 19

The Grand Jury further charges that:

On or about the 11th day of March, 2003, in the
District of Hawaii, the defendant, James J. Carreira, aka "Bob
Marley", did willfully and knowingly and without authority, sell,
convey and dispose of a thing of value, the property of the
United States Navy, to wit: brass, bronze, and scrap metals with
a value of approximately $35.75.

All in violation of Title 18, United States Code,
Sections 641 and 2.

### COUNT 20

The Grand Jury further charges that:

On or about the 15th day of March, 2003, in the
District of Hawaii, the defendant, James J. Carreira, aka "Bob
Marley", did willfully and knowingly and without authority, sell,
convey and dispose of a thing of value, the property of the
United States Navy, to wit: self-locking socket head screws,

9

monel, brass, aluminum, and scrap metals with a value in excess of $1,000.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 21

The Grand Jury further charges that:

On or about the 20th day of March, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  monel, brass, and scrap metals with a value of approximately $43.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 22

The Grand Jury further charges that:

On or about the 23rd day of March, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  aluminum, brass, and bronze metals with a value of approximately $34.65.

All in violation of Title 18, United States Code, Sections 641 and 2.

## <u>COUNT 23</u>

The Grand Jury further charges that:

On or about the 29th day of March, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  aluminum with a value of approximately $40.80.

All in violation of Title 18, United States Code, Sections 641 and 2.

///

///

///

///

///

///

///

///

///

///

///

///

///

## COUNT 24

The Grand Jury further charges that:

On or about the 4th day of April, 2003, in the District of Hawaii, the defendant, James J. Carreira, aka "Bob Marley", did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  copper, aluminum, brass, bronze, and scrap metals with a value of approximately $87.46.

All in violation of Title 18, United States Code, Sections 641 and 2.

DATED: _June 24, 2004_, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
LARRY L. BUTRICK
Assistant U.S. Attorney

United States v. James J. Carreira, aka "Bob Marley"
Cr. No. _____
"Indictment"

12